UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>KLC REALTY, LLC,<br>an Indiana Limited Liability Company,<br><br>    Defendant. | CASE NO.: 1:22-cv-2446-JPH-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: February 28, 2023

| | |
|---|---|
| */s/ Louis I. Mussman*<br>Louis I. Mussman, Esq.<br>Bar No. 597155<br>Ku & Mussman, P.A.<br>18501 Pines Boulevard, Suite 209-A<br>Pembroke Pines, FL 33029<br>Tel: (305) 891-1322<br>Fax: (954) 686-3976<br>Louis@kumussman.com | /s/Thomas W. Vander Luitgaren<br>Thomas W. Vander Luitgaren, Esq.<br>Van Valer Law Firm, LLP<br>Bar No. 20416-43<br>225 S. Emerson Ave, Ste. 181<br>Greenwood, IN 46143<br>Tel: (317) 881-7575<br>Fax: (317) 859-2159<br>Tom@vanvalerlaw.com<br>*Attorneys for Defendant* |

 and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive

1

Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Thomas W. Vander Luitgaren, Esq.
Van Valer Law Firm, LLP
225 S. Emerson Ave, Ste. 181
Greenwood, IN 46143
Tom@vanvalerlaw.com

          By: *Louis I. Mussman*
             Louis I. Mussman, Esq.