UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, <br><br> Plaintiff, <br> vs. <br><br> KLC REALTY, LLC, an Indiana Limited Liability Company, <br><br> Defendant. | CASE NO.: 1:22-cv-2446-JPH-TAB |

==The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 11. JPH, 3/1/2023 Distribution via ECF.==

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: February 28, 2023

| | |
|---|---|
| */s/ Louis I. Mussman* <br> Louis I. Mussman, Esq. <br> Bar No. 597155 <br> Ku & Mussman, P.A. <br> 18501 Pines Boulevard, Suite 209-A <br> Pembroke Pines, FL 33029 <br> Tel: (305) 891-1322 <br> Fax: (954) 686-3976 <br> Louis@kumussman.com | /s/Thomas W. Vander Luitgaren <br> Thomas W. Vander Luitgaren, Esq. <br> Van Valer Law Firm, LLP <br> Bar No. 20416-43 <br> 225 S. Emerson Ave, Ste. 181 <br> Greenwood, IN 46143 <br> Tel: (317) 881-7575 <br> Fax: (317) 859-2159 <br> Tom@vanvalerlaw.com <br> *Attorneys for Defendant* |

 and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive

1